```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION
```

JACQUELINE DENNIS,           §
     Petitioner,              §
                              §
VS.                           §   CIVIL ACTION NO.4:07-CV-560-Y
                              §
W. ELAINE CHAPMAN, Warden,    §
FMC-Fort Worth,               §
     Respondent.              §

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Jacqueline Dennis under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 10, 2008; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 31, 2008.

The Court, after **de novo** review, concludes that Dennis's objections must be overruled,[1] and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Jacqueline Dennis's petition for writ of habeas corpus under

---

[1] Dennis cites to several cases in which she is involved: the Supreme Court's disposition of her petition for writ of certiorari in case number 04-5143 from a decision of the United States Court of Appeals for the Eleventh Circuit, *Dennis v. Department of Justice,* 543 U.S. 884 (2004), *reh'g denied,* 543 U.S. 1083 (2005); the United States District Court for the Middle District of Florida's June 14, 2006, denial of a motion to alter or amend judgment in *United States v. Dennis,* Nos. 8:93-CR-304-T-23TGW,8:99-CV-674-T-23TGW; and the Order and Judgment dismissing her claims before the United States Court of Federal claims in *Dennis v. United States,* No.06-485C (August 24, 2006). These cases have no relationship to or bearing upon the recommendation of the magistrate judge in this case.

28 U.S.C. § 2241 is DENIED.

SIGNED November 3, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE